**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| East Coast Turf Pros, LLC, *ex rel.* Gladys Clory, | ) ) ) | Civ. No. 3:24-cv-3520-JFA |
| Plaintiff, | ) ) | |
| v. | ) ) | **STIPULATION OF DISMISSAL** |
| Chubb North America Claims and ACE Property and Casualty Insurance Company, | ) ) ) | |
| Defendants. | ) ) ) | |

Plaintiff East Coast Turf Pros, LLC, *ex rel.* Glady Clory, and Defendants Chubb North America Claims and ACE Property and Casualty Insurance Company hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action is hereby dismissed without prejudice as to Defendant Chubb North America Claims.

Respectfully submitted,

s/Phillip D. Barber
Phillip D. Barber (S.C. Fed. Bar. No. 12816)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, SC 29202
Telephone: (803) 252-4848
pdb@harpootlianlaw.com

ATTORNEY FOR PLAINTIFF

s/John I. Malone
John I. Malone, Jr. (S.C. Fed. Bar No. 12047)
GOLDBERG SEGALLA LLP
701 Green Valley Road, Suite 310
Greensboro, NC 27408
Telephone: (843) 534-4123
jmalone@goldbergsegalla.com

ATTORNEY FOR DEFENDANTS